IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTWON M. COOK, | : | Case No. 4:15-CV-01870 |
| | : | |
| Petitioner, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| WARDEN DAVID J. EBBERT, | : | |
| | : | (Magistrate Judge Schwab) |
| Respondent. | : | |

## ORDER
September 9, 2016

AND NOW, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's Report and Recommendation (ECF No. 14) is ADOPTED in its entirety.

2. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.

3. Petitioner's Motion for Default Judgment (ECF No. 11) is DENIED.

4. The Clerk is directed to close the case.

5. A Certificate of Appealability will not issue.

BY THE COURT:

   s/ Matthew W. Brann
Matthew W. Brann
United States District Judge